**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIUS JORDAN,<br><br>Defendant.<br>_____ / | No. C 10-00669 WHA<br><br>**ORDER UNSEALING APPLICATION FOR ORDER ISSUING SUBPOENA, SUPPLEMENTAL ORDER, AND ORDER ISSUING SUBPOENA (DKT. NOS. 13, 15, AND 16)** |

For the reasons stated at the pretrial conference, and upon agreement of the parties, the Clerk shall unseal the following docket entries:

Dkt. No. 13: Defendant's *ex parte* declaration and application in support of order authorizing indigent subpoena under Federal Rule of Criminal Procedure Rule 17(b) and (c)

Dkt. No. 15: Supplemental order regarding *Henthorn* subpoena

Dkt. No. 16: Order granting *ex parte* application for subpoena duces tecum

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE