**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00669 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO QUASH** |
| DARIUS JORDAN, | |
| Defendant. | |

For the reasons stated at the pretrial conference, the San Francisco Police Department's motion to quash defendant's subpoena to produce *Henthorn* materials is **GRANTED**.

The subpoena requested by defendant and issued with written reservations was overbroad, under the showing required by *United States v. Nixon*, 418 U.S. 683, 699–700 (1974). Under these circumstances the subpoena should be quashed in its entirety. *See United States v. Reed*, 726 F.2d 570, 577 (9th Cir. 1984).

**IT IS SO ORDERED.**

Dated: January 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE