1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,                    No. C 10-00669 WHA

11            Plaintiff,

12      v.                                         **ORDER REGARDING
                                                   GOVERNMENT MOTION
13   DARIUS JORDAN,                                TO CORRECT ERROR IN
                                                   INDICTMENT**
14            Defendant.

15   _____/

16          The government has filed a motion to correct an error in the indictment.  If the defense

17   wishes to file a response, it must do so by **MONDAY, JANUARY 24, 2011, AT NOON**.

18

19          **IT IS SO ORDERED.**

20

21   Dated:  January 19, 2011.

22                                                 _____
                                                   WILLIAM ALSUP
23                                                 UNITED STATES DISTRICT JUDGE

24

25

26

27

28