UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>DARIUS JORDAN,   )<br>  )<br>   Defendants.   )<br>  )<br>_____ ) | No. CR 10-0669 WHA<br><br>MOTION AND [PROPOSED] ORDER<br>CORRECTING ERROR IN INDICTMENT<br><br>Trial Date:   January 26, 2011<br>Time:   7:30 a.m. |

**MOTION**

On September 9, 2010, the Grand Jury returned an indictment in the above captioned matter charging the defendant with a violation of Title 18 U.S.C. §922(g), felon in possession of a firearm. The model, make, and serial number of the firearm was included in the indictment, however was erroneously listed as "RG 38, .38 caliber revolver, serial number Q196188." The firearm should have been listed as "RG Industries, Model-RG31, .38 caliber revolver, serial number Q196188." This correction does not alter the elements of the charged offense or change the facts that would have to be proven at trial, nor does the change prejudice the defendant or mislead him as to the charges against him. *United States v. Lim*, 984 F.2d 331, 337 (9th Cir.

ORDER CORRECTING INDICTMENT
Case No. CR 10-0669 WHA                    -1-

1993) (allowing the amendment of the citation of the charged crime), *see also United States v. Neill*, 166 F.3d 943, 947-48 (9th Cir. 1999) (allowing amendment of name of bank from "Wells Fargo" to "Bank of Salem" in bank robbery indictment).  The government therefore moves to correct the error and replace the firearm description contained in the indictment with "RG Industries, Model-RG31, .38 caliber revolver, serial number Q196188."

DATED: January 18, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

           /s/
DEREK OWENS
WILLIAM FRENTZEN
Assistant United States Attorneys

**ORDER**

The firearm description contained in the indictment and listed as "RG 38, .38 caliber revolver, serial number Q196188," shall be corrected and replaced with "RG Industries, Model-RG31, .38 caliber revolver, serial number Q196188."

**IT IS SO ORDERED.**

DATED: January 24, 2011.

THE HON. WILLIAM ALSUP
United States District Court Judge

ORDER CORRECTING INDICTMENT
Case No. CR 10-0669 WHA                    -2-