IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00669 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING EVIDENCE OF CD CONTENT** |
| DARIUS JORDAN, | |
| Defendant. | |

To memorialize certain rulings that were made yesterday (out of the presence of the prospective jurors) regarding evidence of the CD that was dropped or discarded by the defendant at the alleged crime scene: *First*, in the presence of the jury the government may not refer to the content of the CD without prior leave of the Court. *Second*, if the defense proceeds in a way that puts the content of the CD in play, the government will be given an opportunity (after permission is given), to put its content into evidence. But simply arguing that defendant dropped the CD inadvertently as opposed to discarded it deliberately does not put the content in play. *Third*, the defense agreed, and will be held to its representation, that it will not allude to any lack of evidence as to the CD's content in closing arguments.

**IT IS SO ORDERED.**

Dated: January 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE