IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00669 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON MARCH 15, 2011** |
| DARIUS JORDAN, | |
| Defendant. / | |

As no Rule 33 motion was filed, defendant's request to vacate the hearing on March 15, 2011, at 2:00 p.m., is **GRANTED**.

For the benefit of counsel and the court of appeals, the criminal case peremptory challenges sheet was filed on February 3, 2011. As this was after the memorandum opinion regarding the defense *Batson* challenge, it is worth pointing out that, of the two strikes of African-American jurors from the main jury, the government strike was item 6 and the defense strike was item 7 (Dkt. No. 75).

**IT IS SO ORDERED.**

Dated: February 17, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE