IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DARIUS JORDAN,<br><br>   Defendant.<br>_____/ | No. CR 10-00669 WHA<br><br>**ORDER REGARDING MOTION TO CONTINUE SENTENCING EVIDENTIARY HEARING** |

Defense counsel has filed a motion to continue the sentencing evidentiary hearing scheduled for tomorrow, April 29, based on asserted violations of FRCrP 26.2 and 32(i)(2) by the government. The hearing will go forward tomorrow, and at that time the Court will hear argument on whether there has been a violation of FRCrP 26.2 and 32(i)(2). Counsel shall be prepared to go forward with examination of witnesses at the hearing.

**IT IS SO ORDERED.**

Dated: April 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE