**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00669 WHA |
|     Plaintiff, | |
| v. | **REQUEST REGARDING TATTOO EVIDENCE** |
| DARIUS JORDAN, | |
|     Defendant. | |

———————————————————————/

The presentence report in this matter states: "The defendant acknowledged he has numerous tattoos, including depictions of the letters 'F E A R' on his right hand/fingers; 'Denise' (his mother), stars, and dice, on his right arm; a cross, 'God,' a prayer, praying hands, and 'Blessed,' on his left hand; and a skull, money bags, and 'Dariana' (his daughter), on his neck. The defendant acknowledged he has numerous other tattoos on his body. Jordan declined to comment as to whether any of his tattoos were affiliated with any street gang, on the advise of counsel. The government has asserted the defendant has tattoos on his body that clearly indicate his membership with the '800 Block' criminal street gang, including the following: 'RIP DIP,' '8,' and 'All out.'" The government proffered at the first sentencing hearing that these three assertedly gang-affiliated tattoos were the only ones defendant neglected to show Ms. Searles.

1    The parties shall please place into evidence at the evidentiary hearing photographs or

2  other evidence of defendant's tattoos that bear on whether or not defendant is or was a gang

3  member.

4

5

6  Dated:  May 3, 2011.

WILLIAM ALSUP
7                                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2