IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00669 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING CONTEMPLATED CONDITION OF SUPERVISED RELEASE** |
| DARIUS JORDAN, | |
| Defendant. | |

The parties shall be on notice that the assigned judge is contemplating including as condition of supervised release that, upon release from custody, defendant shall not enter, without prior approval of his probation officer, the area bound by the intersection of Van Ness Avenue and Geary Boulevard, west to the intersection of Geary Boulevard and Divisadero Street, south to the intersection of Divisadero Street and Oak Street, east to the intersection of Oak Street and Van Ness Avenue, and north to the intersection of Van Ness Avenue and Geary Boulevard.

Dated: May 4, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE