IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIUS JORDAN,<br><br>Defendant. | No. CR 10-00669 WHA<br><br>**MEMORANDUM AND ORDER THAT DEFENDANT IS A GANG MEMBER** |

After a two-day evidentiary hearing in connection with a contested issue for sentencing, the Court has found that defendant Darius Jordan is and has been a full member of the 800 Block gang in the Western Addition of San Francisco. This has been proven by a preponderance of the evidence (as well as by the clear and convincing standard). The reasons were stated on the record. This memorandum is intended to memorialize the finding for ease in following Mr. Jordan throughout the criminal justice system.

Dated: May 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE