IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DARIUS JORDAN,<br><br>    Defendant.<br>                                          / | No. CR 10-00669 WHA<br><br>**ORDER REGARDING KOBE BRYANT'S JERSEY NUMBER** |

Since the evidentiary hearing yesterday, the Court has been informed that Kobe Bryant changed jersey numbers from number 8 to number 24 approximately in the fall of 2006, almost five years ago. Defense counsel shall please advise the Court at the hearing tomorrow whether he knew of this fact at the time the photograph (defense exhibit H) was used at the evidentiary hearing, and, if so, why the Court was not informed.

**IT IS SO ORDERED.**

Dated: May 24, 2011.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE